**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **District Bella Vita LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Bella Vita** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1740617** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2225 Village Walk Dr. #260** <br> **Henderson, NV 89052** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://www.bellavitalasvegas.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **District Bella Vita LLC**                                        Case number (*if known*) _____
                 Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____7225____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

| Debtor | **District Bella Vita LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor     **District Bella Vita LLC**
Name

Case number (*if known*)

☐ $50,001 - $100,000

☐ $100,001 - $500,000

☐ $500,001 - $1 million

☐ $10,000,001 - $50  million

☐ $50,000,001 - $100 million

☐ $100,000,001 - $500 million

☐ $1,000,000,001 - $10 billion

☐ $10,000,000,001 - $50 billion

☐ More than $50 billion

| Debtor | **District Bella Vita LLC** | | Case number (*if known*) | |
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 12, 2024**
MM / DD / YYYY

**X** **/s/ Sergio Montegrande**                                 **Sergio Montegrande**
Signature of authorized representative of debtor                 Printed name

Title     **Manager of Nationwide Strong L.L.C.**

---

**18. Signature of attorney**

**X** **/s/ Zachariah Larson**                     Date   **March 12, 2024**
Signature of attorney for debtor                                MM / DD / YYYY

**Zachariah Larson 7787**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.
Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone   **702-382-1170**          Email address   **zlarson@lzlawnv.com**

**7787 NV**
Bar number and State

### UNANIMOUS WRITTEN CONSENT OF SOLE MEMBER OF
### DISTRICT BELLA VITA LLC, a Nevada limited liability company

The undersigned, being the sole managing member ("Manager") of DISTRICT BELLA VITA, LLC, a Nevada limited liability company (the "Company"), hereby approve the following resolutions as of March 12, 2024:

RESOLVED that in the judgment of the Manager of the Company, and upon the advice of bankruptcy counsel to the Company, it is desirable and in the best interests of the Company and its creditors that a voluntary petition for relief be filed under chapter 7, of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that Sergio Montegrande (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the U.S. Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 7 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 7 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems appropriate to commence the chapter 7 case and proceed therewith to conclusion.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 7 case be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the managing members of the Company, by execution hereof, hereby approve this Written Consent as of the date above.

DISTRICT BELLA VITA LLC,
a Nevada limited liability company:

By: NATIONWIDE STRONG L.L.C.
A Nevada limited liability company,
its Sole Member

By: _Sergio Montegrande_____

Sergio Montegrande, its sole Manager

**Fill in this information to identify the case:**

Debtor name    **District Bella Vita LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 12, 2024**          X */s/ Sergio Montegrande*
                                            Signature of individual signing on behalf of debtor

                                            **Sergio Montegrande**
                                            Printed name

                                            **Manager of Nationwide Strong L.L.C.**
                                            Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>District Bella Vita LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*.......................................................................................................... $      **0.00**

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*........................................................................................................ $      **37,460.96**

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*.......................................................................................................... $      **37,460.96**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      **808,567.42**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      **914,684.22**

4.  Total liabilities ...............................................................................................................................
Lines 2 + 3a + 3b      $      **1,723,251.64**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **District Bella Vita LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **5856** | $0.00 |
| 3.2. | **Wells Fargo** | **Checking** | **5872** | $0.19 |
| 3.3. | **Wells Fargo** | **Checking** | **5864** | $0.77 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $0.96 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

Debtor    **District Bella Vita LLC** _____    Case number *(If known)* _____
        Name

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies **Dining Tables, Chairs, Dishes and TV's; See attached EX. A/B #22.** | 12/23/2023 | $0.00 | Appraisal | $9,205.00 |

| 23. | **Total of Part 5.** | $9,205.00 |
|---|---|---|

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor   **District Bella Vita LLC**                          Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Cabinet and Small Desk** | $0.00 | **Appraisal** | $185.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Printer/Fax Machine and POS System** | $0.00 | **Appraisal** | $625.00 |

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                        $810.00
Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Infiniti QX80 2WD (Lease, Ex-partner took)** | $0.00 | | $0.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Kitchen Equipment, Refrigerators and Grills** | $0.00 | **Appraisal** | $27,445.00 |

51.   **Total of Part 8.**                                                                        $27,445.00
Add lines 47 through 50.  Copy the total to line 87.

Debtor   **District Bella Vita LLC**                           Case number *(If known)* _____
         Name

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Lease of Premises located at 2225 Village Walk Dr. #260, Hendeson, Nevada 89052** | **Lessee** | **$0.00** | | **$0.00** |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets**<br>**Mark Name:  Bella Vita; Service Mark No.: 202000033650-33; dated 8/19/2020** | **$0.00** | | **Unknown** |

Debtor    **District Bella Vita LLC**                                    Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| **Mark Name:  Bella Vita "Not Just a Restaurant" It's a Lifestyle; Service Mark No.: 201200035054-33; dated 7/2/2021** | **$0.00** | **Unknown** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                                          **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **District Bella Vita LLC**                                      Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,205.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $810.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $27,445.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $37,460.96 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $37,460.96 |

---

**Fill in this information to identify the case:**

Debtor name   **District Bella Vita LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **District at Green Valley, LLC**<br>Creditor's Name<br>**c/o Vestar Development Co.**<br>**2425 E. Camelback Rd. Ste. 750**<br>**Phoenix, AZ 85016**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All debtors fixtures, furniture, equipment, inventory and other personal property now or hereafter as listed in the UCC-1.** | **Unknown** | **$0.00** |

Creditor's email address, if known

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **GMC Capital LLC**<br>Creditor's Name<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**C/o Megan K. McHenry Esq.**<br>**199 North Arroyo Grande Blvd., Ste. 200**<br>**Henderson, NV 89074**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All debtors present and future accounts, chattel paper, inventory, equipment, vehicles, general intangibles, assets now and hereafter as listed in the UCC-1.** | **$413,098.66** | **$0.00** |

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

Debtor    **District Bella Vita LLC**
Name

Case number (if known) _____

| | |
|---|---|
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Performance Food Group Inc.** | **Describe debtor's property that is subject to a lien** | $22,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent 16639  Gale Ave. Hacienda Heights, CA 91745**

**All debtors fixtures, goods, equipment, intangibles and intellectual properties now owned or hereafter as listed in the UCC-1.**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Rewards Network Establishment Services** | **Describe debtor's property that is subject to a lien** | $353,468.76 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent 540 W. Madison St., Ste. 2400 Chicago, IL 60661**

**All debtor's accounts, receivables, and general intangibles, etc..**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/1/2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **District Bella Vita LLC**
_____
Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.5 | **U.S. Foods, Inc.** | Describe debtor's property that is subject to a lien | $20,000.00 | $0.00 |

Creditor's Name

**Attn: Managing Member**
**4650 W. Buckeye Road**
**Phoenix, AZ 85043**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All debtors goods, inventory, equipment, and fixtures, accounts and vehicles as listed in the UCC-1.**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**10737 Gateway West 300**
**El Paso, TX 79935**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All debtors tangible and intangible inventory, equipment, instruments, tort claims, accounts and all receivables as listed in the UCC-1.**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $808,567.42 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor   **District Bella Vita LLC**                                     Case number (if known) _____
       <sub>Name</sub>

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dickinson Wright PLLC**<br>**Attn: David L. Lansky, Esq.**<br>**1850 N Central Ave., Ste. 1400**<br>**Phoenix, AZ 85004** | Line __2.1__ | |
| **GMC Capital LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**360 Hamilton Ave., Ste. 615**<br>**White Plains, NY 10601** | Line __2.2__ | |
| **Rewards Network Establishment Services**<br>**Attn: Mary Born**<br>**540 W. Madison St., Ste. 2400**<br>**Chicago, IL 60661** | Line __2.4__ | |
| **Rewards Network Establishment Services**<br>**Attn: Robert Kauffman**<br>**540 W. Madison St., Ste. 2400**<br>**Chicago, IL 60661** | Line __2.4__ | |
| **U.S. Small Business Administration**<br>**Office of General Counsel**<br>**312 N. Spring St., 5th Floor**<br>**Los Angeles, CA 90012** | Line __2.6__ | |

**Fill in this information to identify the case:**

Debtor name  **District Bella Vita LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**American Express**
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 60189**
**City of Industry, CA 91716-0189**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **3001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charge account**

Is the claim subject to offset? ☑ No ☐ Yes

**$35,405.19**

---

**3.2** Nonpriority creditor's name and mailing address

**Aydee Avila**
**c/o Karen Gonzales, Compliance/Audit Inv**
**Office of the Labor Commissioner**
**3340 W. Sahara Ave.**
**Amargosa Valley, NV 89020**

Date(s) debt was incurred  **_____**

Last 4 digits of account number  **_____**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Alleged unpaid wages and penalties**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,713.84**

---

**3.3** Nonpriority creditor's name and mailing address

**Bank of America**
**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **1549**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charge account**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4** Nonpriority creditor's name and mailing address

**BFC dba Greco and Sons**
**c/o Peter Dubowsky Esq.**
**300 South Fourth Street, Ste. 1020**
**Las Vegas, NV 89101**

Date(s) debt was incurred  **_____**

Last 4 digits of account number  **_____**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Eighth Judicial Court case better known as Bellissimo Food Distribution, LLC vs. Bella Vita West LLC et al, Case No.: A-23-880310-C**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

Debtor  **District Bella Vita LLC**                                          Case number (if known) _____
        Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.                    **Unknown** |

**3.5**

**Nonpriority creditor's name and mailing address**

**Breakthru Beverage Nevada**
**Attn: Bankruptcy Dept/Managing Agent**
**File 50335**
**Los Angeles, CA 90074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6**

**Nonpriority creditor's name and mailing address**

**Chase Card Member Service**
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred  **thru 12/7/2023**

Last 4 digits of account number  **1562**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charge account**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,507.00**

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Chase Cardmember Service**
**Attn: Bankruptcy Dept/ Managing Agent**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred  **thru 12/28/2023**

Last 4 digits of account number  **6611**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charge account**

Is the claim subject to offset? ■ No  ☐ Yes

**$45,821.74**

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Cox Business**
**Attn: Bankruptcy Dept/Managing Agent**
**Department # 102276**
**PO Box 1259**
**Oaks, PA 19456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

**3.9**

**Nonpriority creditor's name and mailing address**

**DIRECTV**
**Attn: Bankruptcy Dept/ Managing Agent**
**P.O. Box 60036**
**Los Angeles, CA 90060-0036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

**3.10**

**Nonpriority creditor's name and mailing address**

**District at Green Valley, LLC**
**c/o Vestar Development Co.**
**2425 E. Camelback Rd. Ste. 750**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid future lease obligations**

Is the claim subject to offset? ■ No  ☐ Yes

**$155,385.20**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**District at Green Valley, LLC**
**c/o Vestar Development Co.**
**2425 E. Camelback Rd. Ste. 750**
**Phoenix, AZ 85016**

Date(s) debt was incurred  **5/2022-12/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Percentage Rent obligation**

Is the claim subject to offset? ■ No  ☐ Yes

**$124,664.60**

---

| Debtor | **District Bella Vita LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$142,751.15**

**ECR Specialist**
**c/o Strong & Hanni Law Firm**
**102 S. 200 East, Suite 800**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/23/2023**

**Basis for the claim:  Services**

Last 4 digits of account number  **5281**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00**

**Guido Revollo**
**3800 S. Decatur Blvd, Space 97**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

**Basis for the claim:  Alleged unpaid wages and penalties**

Last 4 digits of account number  **5421**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00**

**Imperial Wine Wholesalers**
**Attn: Bankruptcy Dept/Managing Agent**
**6374 Montessouri St.**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Supplier**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,300.00**

**Jhoan Villegas Galvis**
**5940 Autumn Damask St.**
**North Las Vegas, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2023**

**Basis for the claim:  Alleged unpaid wages and penalties**

Last 4 digits of account number  **5387**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,000.00**

**Johnson Brothers of Nevada Inc.**
**Attn: Bankruptcy Dept/Managing Agent**
**4701 Mitchell St.**
**North Las Vegas, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

**Basis for the claim:  Supplier**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,693.70**

**Lea Kohberger**
**c/o Karen Gonzales Compliance/Audit**
**3340 W. Sahara Ave.**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2024**

**Basis for the claim:  Alleged unpaid wages and penalties**

Last 4 digits of account number  **6220**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,355.45**

**Melissa's World Variety Produce Inc.**
**Attn: Bankruptcy Dept/Managing Agent**
**801 South Rancho Dr. Ste D-4**
**Las Vegas, NV 89106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/04/2022 - 10/28/2022**

**Basis for the claim:  Eighth Judicial Court case better known as World Variety Produce v. Bella Vita West et al. Case No.: A-23-864265-C**

Last 4 digits of account number  **3284**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **District Bella Vita LLC**                                                  Case number *(if known)*
              Name

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$47,001.00** |

**Michael Halprin**
**C/o Joel G. Selik Esq.**
**304 S. Jones Blvd., #6615**
**Las Vegas, NV 89107**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Eighth Judicial Court In re:  District Bella Vita LLC  v.  Michael Halprin**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$2,500.00** |

**Nationwide Insurance**
**Attn: Bankruptcy Dept/Managing Agent**
**One West Nationwide Blvd.**
**Columbus, OH 43215-2220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1204**

Basis for the claim:  **Premiums**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$82,500.00** |

**Nevada Dept. of Taxation**
**Attn: Bankruptcy Dept/Managing Agent**
**700 E. Warm Spring Rd. Ste 200**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2023 - 11/30/2023**

Last 4 digits of account number  **3663**

Basis for the claim:  **Taxes and penalties**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$125,000.00** |

**Ocean Express Seafood, LLC**
**Attn: Bankruptcy Dept/Managing Agent**
**c/o Joseph A. Gutierrez Esq.**
**8816 Spanish Ridge Ave.**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2023**

Last 4 digits of account number __

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$249.63** |

**ServAll Water Conditioning**
**Attn: Bankruptcy Dept/Managing Agent**
**3065 N. Rancho Dr., Ste. 128**
**Las Vegas, NV 89130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/22/2023**

Last 4 digits of account number  **2591**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$4,132.00** |

**Skyler Oliver**
**1525 Benares Dr.**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2023**

Last 4 digits of account number __

Basis for the claim:  **Alleged unpaid wages and penalties**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$6,000.00** |

**Southern Wine & Sprirts**
**Attn: Bankruptcy Desk/Managing Agent**
**PO Box 19299**
**Las Vegas, NV 89132-0299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **District Bella Vita LLC**                                          Case number *(if known)* _____
    Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,977.51 |
|---|---|---|---|

**Southwest Gas**
Attn: Bankruptcy Dept/Managing Agent
PO Box 24531
Oakland, CA 94623-1531

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2023**

**Basis for the claim:  Services**

Last 4 digits of account number  **4385**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Summit Spirits & Wine**
Attn: Bankruptcy Dept/Managing Agent
6975 S. Decatur Blvd. #100
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Supplier**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,991.21 |
|---|---|---|---|

**The LaSource Group**
Attn: Bankruptcy Dept/Managing Agent
8711 E. Pinnacle Peak Rd.
PMB 309
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Collection for Supreme Lobster vendor**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tyler Lund**
c/o King Scow Koch Durham
Attn: Steven B. Scow
11500 S. Eastern Ave., Ste. 210
Henderson, NV 89052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

**Basis for the claim:  Alleged unpaid wages**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**United Standard POS**
Attn: Bankruptcy Dept/Managing Agent
4528 W. Craig Rd. Ste. 150
North Las Vegas, NV 89032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Services**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,735.00 |
|---|---|---|---|

**Victoria Pinjuv**
66 Moonrise Way
Henderson, NV 89074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

**Basis for the claim:  Alleged unpaid wages and penalties**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor    **District Bella Vita LLC**
_____
Name

Case number *(if known)*    _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Greco and Sons** **Attn: Bankruptcy Dept/Managing Agent** **7055 S. Decatur Blvd.** **Las Vegas, NV 89118** | Line **3.4** ☐ Not listed. Explain ____ | _ |
| 4.2 **Guido Revollo** **3800 S. Decatur Blvd., Space 97** **Las Vegas, NV 89103** | Line **3.13** ☐ Not listed. Explain ____ | _ |
| 4.3 **Jhoan Villegas Galvis** **5940 Autumn Damask St.** **North Las Vegas, NV 89081** | Line **3.15** ☐ Not listed. Explain ____ | _ |
| 4.4 **Ocean Express Seafood** **Attn: Bankruptcy Dept/Managing Agent** **3155 E. Patrick Lane #13** **Las Vegas, NV 89120** | Line **3.22** ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 914,684.22 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 914,684.22 |

**Fill in this information to identify the case:**

Debtor name  **District Bella Vita LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for the Premises located at 2225 Village Walk Dr. #260, Henderson Nevada** | |
| | State the term remaining | | **District at Green Valley, LLC c/o Vestar Development Co. 2425 E. Camelback Rd., Suite 750 Phoenix, AZ 85016** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2021 Infiniti QX80 2wd** | |
| | State the term remaining | | **Infinity Financial Services Attn: Bankruptcy Dept/Managing Agent P.O. Box 740596 Cincinnati, OH 45274-0596** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **District Bella Vita LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**   *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Alejandra Montegrande** | **2716 King Louis  St. Henderson, NV 89044** | **District at Green Valley, LLC** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2 | **Bella Vita** | **2850 W. Horizon Ridge Ste. 200 Henderson, NV 89052** | **GMC Capital LLC** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.3 | **Bella Vita** | **2225  Village Walk Dr. #181 Henderson, NV 89052** | **Performance Food Group Inc.** | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.4 | **Bella Vita at Blue Diamond** | **4965 Blue Diamond Rd. Las Vegas, NV 89139** | **GMC Capital LLC** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.5 | **Bella Vita at Blue Diamond** | **4965 Blue Diamond Rd. Las Vegas, NV 89139** | **Rewards Network Establishment Services** | ■ D  **2.4** ☐ E/F _____ ☐ G _____ |

| Debtor | **District Bella Vita LLC** | Case number *(if known)* | |
|--------|----------------------------|--------------------------|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Bella Vita at the District** | 2225 Village Walk Dr. 181<br>Henderson, NV 89052 | **GMC Capital LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Bella Vita Boca Park** | 740 S. Rampart Blvd. Ste. 8<br>Las Vegas, NV 89145 | **GMC Capital LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Bella Vita Boca Park** | 740 S. Rampart Blvd. Ste. 8<br>Las Vegas, NV 89145 | **Rewards Network Establishment Services** | ■ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Bella Vita Family LLC** | 2225 Willage Walk Dr. 260<br>Henderson, NV 89052 | **GMC Capital LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Bella Vita Las Vegas** | 2965 Blue Diamond Rd. 130<br>Las Vegas, NV 89139 | **GMC Capital LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Bella Vita LLC** | 2225 Village Walk Dr. 260<br>Henderson, NV 89052 | **GMC Capital LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **District Restaurant Group, LLC** | 10 Via Bel Canto<br>Henderson, NV 89011 | **District at Green Valley, LLC** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Firebrand LLC** | 2225 Village Walk Dr. Ste., 181<br>Henderson, NV 89052 | **GMC Capital LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |

Debtor  **District Bella Vita LLC**                                    Case number *(if known)* _____

███████ **Additional Page to List More Codebtors**

| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | |
| --- | --- | --- |
| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |

| 2.14 | **Nationwide Strong L.L.C.** | 2850 W. Horizon Ridge 200 Henderson, NV 89052 | **GMC Capital LLC** | ■ D ___**2.2**___ ☐ E/F _____ ☐ G _____ |
| --- | --- | --- | --- | --- |
| 2.15 | **Sergio Montegrande** | 2716 King Louis  St. Henderson, NV 89044 | **GMC Capital LLC** | ■ D ___**2.2**___ ☐ E/F _____ ☐ G _____ |
| 2.16 | **Sergio Montegrande** | 2716 King Louis St. Henderson, NV 89044 | **Performance Food Group Inc.** | ■ D ___**2.3**___ ☐ E/F _____ ☐ G _____ |
| 2.17 | **Sergio Montegrande** | 2716 King Louis St. Henderson, NV 89044 | **District at Green Valley, LLC** | ■ D ___**2.1**___ ☐ E/F _____ ☐ G _____ |
| 2.18 | **Sergio Montegrande** | 2716 King Louis  St. Henderson, NV 89044 | **Rewards Network Establishment Services** | ■ D ___**2.4**___ ☐ E/F _____ ☐ G _____ |
| 2.19 | **Sergio Montegrande, PC** | 2716 King Louis St. Henderson, NV 89044 | **GMC Capital LLC** | ■ D ___**2.2**___ ☐ E/F _____ ☐ G _____ |
| 2.20 | **Alejandra Montegrande** | 2716 King Louis  St. Henderson, NV 89044 | **District at Green Valley, LLC** | ☐ D _____ ☐ E/F _____ ■ G ___**2.1**___ |
| 2.21 | **Jeromy Slater** | | **District at Green Valley, LLC** | ☐ D _____ ☐ E/F _____ ■ G ___**2.1**___ |

Debtor    **District Bella Vita LLC**
_____    Case number _(if known)_ _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

_Column 1:_ **Codebtor**    _Column 2:_ **Creditor**

2.22    **Sergio**          **2716 King Louis St.**          **District at Green**      ☐ D _____
        **Montegrande**     **Henderson, NV 89044**         **Valley, LLC**           ☐ E/F _____
                                                                                       ■ G ___**2.1**___

**Fill in this information to identify the case:**

Debtor name  **District Bella Vita LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **Unknown** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor    **District Bella Vita LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **District at Green Valley, LLC** c/o Vestar Development Co. 2425 E. Camelback Rd., Suite 750 Phoenix, AZ 85016 | 12/6/2023 | $14,501.49 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent** |
| 3.2. **District at Green Valley, LLC** c/o Vestar Development Co. 2425 E. Camelback Rd., Suite 750 Phoenix, AZ 85016 | 12/12/2023 | $6,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent** |
| 3.3. **District at Green Valley, LLC** c/o Vestar Development Co. 2425 E. Camelback Rd., Suite 750 Phoenix, AZ 85016 | 1/4/2024 | $14,143.85 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent** |
| 3.4. **District at Green Valley, LLC** c/o Vestar Development Co. 2425 E. Camelback Rd., Suite 750 Phoenix, AZ 85016 | 2/6/2024 | $14,143.85 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

| Debtor | District Bella Vita LLC | Case number *(if known)* | |
|---|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jhoan Villegas Galvis (Claimant) vs. District Bella Vita LLC**<br>**Claim # NLC-23-005387** | **Notice of Claim for Wages** | **Office of the Labor Commissioner**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**1818 College Parkway, Suite 102**<br>**Carson City, NV 89706** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Guido Revollo (Claimant) vs. District Bella Vita LLC (Respondent)**<br>**Claim # NLC-23-005421** | **Notice of Claim for Wages** | **Office of the Labor Commissioner**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**1818 College Parkway, Suite 102**<br>**Carson City, NV 89706** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **GMC Capital, LLC vs. District Bella Vita, LLC et al**<br>**A-23-877064-F** | **Foreign Judgment** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Bellissimo Food Distribution, LLC vs. Bella Vita West LLC**<br>**A-23-880310-C** | **Contract** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **District Bella Vita v. Michael Halpring**<br>**A-20-815980-C** | **Breach of Contract-Non-Disparagement; Covenat of Good Faith and Fair Dealing** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Rewards Network Establishment Service Inc. v. Bella Vita West and District Bella Vita**<br>**Arbitration: 5340000912** | **Breach of Contract** | **JAMS**<br>**Chicago, IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Aydee Avila, Claimant, vs. District Bella Vita LLC,**<br>**Case No. NLC-23-006151** | **Wage Claim** | **Dept. of Business & Industry**<br>**Office of the Labor Commissioner**<br>**3340 W. Sahara Ave.**<br>**Las Vegas, NV 89102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Skyler Oliver (Claimant) vs. District Bella Vita LLC**<br>**Claim # NLC-24-000603** | **Wage Claim** | **Dept. of Business & Industry**<br>**Office of the Labor Commissioner**<br>**3300 W. Sahara Ave. Ste. 225**<br>**Las Vegas, NV 89102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **District Bella Vita LLC**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **Victoria Pinjuv (Claimant) vs. District Bella Vita LLC**<br>**Claim # NLC-24-000467** | **Wage claim** | **Dept. of Business & Industry**<br>**Office of the Labor Commissioner**<br>**3300 W. Sahara Ave. Ste. 225**<br>**Las Vegas, NV 89102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Larson & Zirzow, LLC**<br>**850 E. Bonneville Ave.**<br>**Las Vegas, NV 89101** | **Attorney Fees** | **3/11/2024** | **$2,900.00** |
| | Email or website address<br>**zlarson@lzlawnv.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

Debtor    **District Bella Vita LLC**                                          Case number *(if known)*

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **District Bella Vita LLC**                                      Case number *(if known)* _____

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Valley Bank of Nevada**<br>**6385 Simmons Street**<br>**North Las Vegas, NV 89031** | **XXXX-3627** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/31/2023** | **$0.00** |
| 18.2. | **Valley Bank of Nevada**<br>**6385 Simmons Street**<br>**North Las Vegas, NV 89031** | **XXXX-3635** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/31/2023** | **$0.00** |
| 18.3. | **Valley Bank of Nevada**<br>**6385 Simmons Street**<br>**North Las Vegas, NV 89031** | **XXXX-3643** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/31/2023** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

Debtor    **District Bella Vita LLC** _____    Case number *(if known)* _____

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    □ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    □ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    □ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        □ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Myers & Ohira, an Accountant Corporation**<br>**3333 E. Serene Ave. Ste. 200**<br>**Henderson, NV 89074** | **2018-2020** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **District Bella Vita LLC**                                    Case number *(if known)* _____

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sergio Montegrande | 2716 King Louis St. Henderson, NV 89044 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nationwide Strong LLC | 2225 Village Walk Dr., #260 Henderson, NV 89052 | Manager | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **District Bella Vita LLC**                                  Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | **District Bella Vita LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 12, 2024**

**/s/ Sergio Montegrande**                                          **Sergio Montegrande**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Manager of Nationwide Strong L.L.C.**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **District Bella Vita LLC**

Case No.

Debtor(s)

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     | | | |
     |---|---|---|
     | For legal services, I have agreed to accept | $ | **2,900.00** |
     | Prior to the filing of this statement I have received | $ | **2,900.00** |
     | Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of Debtor(s) in any adversary proceeding, including without limitation, any nondischargeability
     actions pursuant to 11 U.S.C. 523 and 727; and any appeals.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March 12, 2024**

*Date*

**/s/ Zachariah Larson**
**Zachariah Larson 7787**
*Signature of Attorney*
**Larson & Zirzow, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
**702-382-1170  Fax: 702-382-1169**
**zlarson@lzlawnv.com**
*Name of law firm*

**United States Bankruptcy Court**
**District of Nevada**

In re   **District Bella Vita LLC**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of Nationwide Strong L.L.C. of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 12, 2024**

**/s/ Sergio Montegrande**

**Sergio Montegrande/Manager of Nationwide Strong L.L.C.**
Signer/Title

District Bella Vita LLC
2225 Village Walk Dr. #260
Henderson, NV 89052

.

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankruptcy
6401 Security Blvd.
Baltimore, MD 21235

Aydee Avila
c/o Karen Gonzales, Compliance/Audit Inv
Office of the Labor Commissioner
3340 W. Sahara Ave.
Amargosa Valley, NV 89020

Breakthru Beverage Nevada
Attn: Bankruptcy Dept/Managing Agent
File 50335
Los Angeles, CA 90074

Cox Business
Attn: Bankruptcy Dept/Managing Agent
Department # 102276
PO Box 1259
Oaks, PA 19456

ECR Specialist
c/o Strong & Hanni Law Firm
102 S. 200 East, Suite 800
Salt Lake City, UT 84111

Imperial Wine Wholesalers
Attn: Bankruptcy Dept/Managing Agent
6374 Montessouri St.
Las Vegas, NV 89113

Lea Kohberger
c/o Karen Gonzales Compliance/Audit
3340 W. Sahara Ave.
Las Vegas, NV 89102

Nationwide Insurance
Attn: Bankruptcy Dept/Managing Agent
One West Nationwide Blvd.
Columbus, OH 43215-2220

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Bank of America
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 660441
Dallas, TX 75266-0441

Chase Card Member Service
Attn: Bankruptcy Dept/Managing Agent
PO Box 6294
Carol Stream, IL 60197-6294

DIRECTV
Attn: Bankruptcy Dept/ Managing Agent
P.O. Box 60036
Los Angeles, CA 90060-0036

GMC Capital LLC
Attn: Bankruptcy Dept/Managing Agent
C/o Megan K. McHenry Esq.
199 North Arroyo Grande Blvd., Ste. 200
Henderson, NV 89074

Jhoan Villegas Galvis
5940 Autumn Damask St.
North Las Vegas, NV 89081

Melissa's World Variety Produce Inc.
Attn: Bankruptcy Dept/Managing Agent
801 South Rancho Dr. Ste D-4
Las Vegas, NV 89106

Nevada Dept. of Taxation
Attn: Bankruptcy Dept/Managing Agent
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

American Express
Attn: Bankruptcy Dept/Managing Age
PO Box 60189
City of Industry, CA 91716-0189

BFC dba Greco and Sons
c/o Peter Dubowsky Esq.
300 South Fourth Street, Ste. 1020
Las Vegas, NV 89101

Chase Cardmember Service
Attn: Bankruptcy Dept/ Managing Ag
PO Box 6294
Carol Stream, IL 60197-6294

District at Green Valley, LLC
c/o Vestar Development Co.
2425 E. Camelback Rd. Ste. 750
Phoenix, AZ 85016

Guido Revollo
3800 S. Decatur Blvd, Space 97
Las Vegas, NV 89103

Johnson Brothers of Nevada Inc.
Attn: Bankruptcy Dept/Managing Age
4701 Mitchell St.
North Las Vegas, NV 89081

Michael Halprin
C/o Joel G. Selik Esq.
304 S. Jones Blvd., #6615
Las Vegas, NV 89107

Ocean Express Seafood, LLC
Attn: Bankruptcy Dept/Managing Age
c/o Joseph A. Gutierrez Esq.
8816 Spanish Ridge Ave.
Las Vegas, NV 89148

Performance Food Group Inc.
Attn: Bankruptcy Dept/Managing Agent
16639 Gale Ave.
Hacienda Heights, CA 91745

Rewards Network Establishment Services
Attn: Bankruptcy Dept/Managing Agent
540 W. Madison St., Ste. 2400
Chicago, IL 60661

ServAll Water Conditioning
Attn: Bankruptcy Dept/Managing Age
3065 N. Rancho Dr., Ste. 128
Las Vegas, NV 89130

Skyler Oliver
1525 Benares Dr.
Henderson, NV 89074

Southern Wine & Sprirts
Attn: Bankruptcy Desk/Managing Agent
PO Box 19299
Las Vegas, NV 89132-0299

Southwest Gas
Attn: Bankruptcy Dept/Managing Age
PO Box 24531
Oakland, CA 94623-1531

Summit Spirits & Wine
Attn: Bankruptcy Dept/Managing Agent
6975 S. Decatur Blvd. #100
Las Vegas, NV 89118

The LaSource Group
Attn: Bankruptcy Dept/Managing Agent
8711 E. Pinnacle Peak Rd.
PMB 309
Scottsdale, AZ 85255

Tyler Lund
c/o King Scow Koch Durham
Attn: Steven B. Scow
11500 S. Eastern Ave., Ste. 210
Henderson, NV 89052

U.S. Foods, Inc.
Attn: Managing Member
4650 W. Buckeye Road
Phoenix, AZ 85043

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
10737 Gateway West 300
El Paso, TX 79935

United Standard POS
Attn: Bankruptcy Dept/Managing Age
4528 W. Craig Rd. Ste. 150
North Las Vegas, NV 89032

Victoria Pinjuv
66 Moonrise Way
Henderson, NV 89074

District at Green Valley, LLC
c/o Vestar Development Co.
2425 E. Camelback Rd., Suite 750
Phoenix, AZ 85016

Infinity Financial Services
Attn: Bankruptcy Dept/Managing Age
P.O. Box 740596
Cincinnati, OH 45274-0596

Nationwide Strong LLC
2225 Village Walk Dr., #260
Henderson, NV 89052

David L. Lansky, Esq.
Dickinson Wright PLLC
1850 N. Central Ave., Ste. 1400
Phoenix, AZ 85004

Dickinson Wright PLLC
Attn: David L. Lansky, Esq.
1850 N Central Ave., Ste. 1400
Phoenix, AZ 85004

GMC Capital LLC
Attn: Bankruptcy Dept/Managing Agent
360 Hamilton Ave., Ste. 615
White Plains, NY 10601

Greco and Sons
Attn: Bankruptcy Dept/Managing Agent
7055 S. Decatur Blvd.
Las Vegas, NV 89118

Guido Revollo
3800 S. Decatur Blvd., Space 97
Las Vegas, NV 89103

Ocean Express Seafood
Attn: Bankruptcy Dept/Managing Agent
3155 E. Patrick Lane #13
Las Vegas, NV 89120

Rewards Network Establishment Services
Attn: Mary Born
540 W. Madison St., Ste. 2400
Chicago, IL 60661

Rewards Network Establishment Se
Attn: Robert Kauffman
540 W. Madison St., Ste. 2400
Chicago, IL 60661

U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

# United States Bankruptcy Court
### District of Nevada

In re   **District Bella Vita LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **District Bella Vita LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Nationwide Strong LLC**
**2225 Village Walk Dr., #260**
**Henderson, NV 89052**

☐ None [*Check if applicable*]

**March 12, 2024**

Date

**/s/ Zachariah Larson**

**Zachariah Larson 7787**

Signature of Attorney or Litigant

Counsel for   **District Bella Vita LLC**

**Larson & Zirzow, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
**702-382-1170 Fax:702-382-1169**
**zlarson@lzlawnv.com**

# EXHIBIT – A/B

## This schedule contains the following Exhibits:

1. Exhibit A/B 22 – Other Inventory and Supplies
2. Schedule A/B Quest. 39. Office Furniture
3. Schedule A/B No. 41. Office Equipment, computer, and communication systems, software
4. Schedule A/B Quest. 50 Other Machinery, Fixtures, and Equipment

# EXHIBIT – A/B

**Schedule A/B 22:  Other Inventory and Supplies**

| | | |
|---|---|---:|
| 1. (16) BAR STOOLS | $ | 640.00 |
| 2. (4) PATIO HEATERS | $ | 360.00 |
| 4. (2) 50" TVS | $ | 200.00 |
| 15. (77) WOVEN VINYL DINING CHAIRS | $ | 2,695.00 |
| 16. (27) 36"x36" DINING TABLES | $ | 1,215.00 |
| 17. (11) 36"x24" DINING TABLES | $ | 440.00 |
| 18. (51) WOOD DINING CHAIRS | $ | 1,785.00 |
| 19. (7) WOVEN VINYL BAR STOOLS | $ | 280.00 |
| 21. ASSORTED DISHES | $ | 450.00 |
| 22. ASSORTED GLAS SW ARE | $ | 300.00 |
| 23. ASSORTED FLATWARE | $ | 150.00 |
| 24. (2) HIGHCHAIRS | $ | 40.00 |
| 43. ASSORTED POTS & PANS 475.00 | $ | 475.00 |
| 26. RECEPTION COUNTER | $ | 175.00 |
| **Total:** | **$** | **9,205.00** |

**Schedule A/B 39: Office Furniture**

| | | |
|---|---|---:|
| 27. CURIO DISPLAY CABINET | $ | 175.00 |
| 29. SMALL DESK | $ | 10.00 |
| **Total:** | **$** | **185.00** |

**Schedule A/B 41: Office Equipment, Computer and Software**

| | | |
|---|---|---:|
| 30. PRINTER/FAX | $ | 25.00 |
| 3. HISENSE 4-STATION POINT OF SALE SYSTEM | $ | 600.00 |
| **Total:** | **$** | **625.00** |

**Schedule A/B 50: Other Machinery, Fixtures and Equipment**

| | | |
|---|---|---:|
| 5. (8) STAINLESS STEEL HAND WASH SINKS | $ | 440.00 |
| 6. KROWNE STAINLESS STEEL GLASS DUMP SINK | $ | 100.00 |
| 7. (2) STAINLESS STEEL ICE DUMP W/ SPEED RACK | $ | 300.00 |
| 8. STAINLESS STEEL GLASS DRAIN STAND | $ | 100.00 |
| 9. STAINLESS GLASS STORAGE RACK | $ | 100.00 |
| 10. 48" BEVERAGE AIR GLASS FRONT UNDERCOUNTER REFRIGERATOR | $ | 750.00 |
| 11. WINE COOLER REFRIGERATOR | $ | 135.00 |
| 12. 72" BEVERAGE AIR GLASS FRONT UNDERCOUNTER REFRIGERATOR | $ | 825.00 |
| 13. ATOSA SINGLE DOOR UNDERCOUNTER REFRIGERATOR | $ | 400.00 |
| 14. (3) RUBBER FLOOR MATS | $ | 90.00 |
| 20. STAINLESS STEEL DRY STORAGE CABINET WI ICE DUMP SINK | $ | 275.00 |
| 25. ROLLING UTILITY CART W/ BUTCHER BLOCK TOP | $ | 100.00 |
| 28. (10) NSF WIRE RACKS | $ | 550.00 |
| 31. BERKEL SLICER | $ | 550.00 |
| 32. 96" STAINLESS STEEL WORK TABLE | $ | 175.00 |
| 33. STAINLESS STEEL 2-HOLE POT SINK | $ | 350.00 |
| 34. ATOSA 48" REFRIGERATED SANDWICH PREP TABLE | $ | 800.00 |
| 35. ROLLING TRAY RACK | $ | 110.00 |
| 36. 72" BUTCHER BLOCK TOP WORK TABLE | $ | 275.00 |

| | | |
|---|---|---:|
| 37. HOBART MIXER | $ | 3,200.00 |
| 38. COMMERCIAL PASTA MAKER | $ | 500.00 |
| 39. (10) STAINLESS STEEL WALL MOUNT SHELVES | $ | 350.00 |
| 40. (4) ROLLING FLOUR BINS | $ | 180.00 |
| 41. (130) STAINLESS STEEL INSERTS | $ | 520.00 |
| 42. UTILITY CART | $ | 45.00 |
| 44. STAINLESS STEEL 3-HOLE DISH SINK | $ | 425.00 |
| 45. 72" STAINLESS STEEL WORK TABLE | $ | 150.00 |
| 46. HOSIZAKI ICE MACHINE | $ | 1,000.00 |
| 47. STAINLESS STEEL ICE DUMP CABINET | $ | 175.00 |
| 48. WARING CTS CHAIN DRIVE TOASTER | $ | 375.00 |
| 49. COFFEE GRINDER | $ | 75.00 |
| 50. 24" STAINLESS STEEL WORK TABLE | $ | 50.00 |
| 51. WALK-IN REFRIGERATOR / FREEZER | $ | 2,000.00 |
| 52. MARSAL DOUBLE PIZZA OVENS | $ | 3,000.00 |
| 53. AMERICAN RANGE DEEP FRYER | $ | 400.00 |
| 54. AMERICAN RANGE 24" CHAR GRILL | $ | 350.00 |
| 55. AMERICAN RANGE 6-BURNER RANGE TOP | $ | 450.00 |
| 56. FALCON REFRIGERATED EQUIPMENT STAND | $ | 1,200.00 |
| 57. (2) SOUTHBEND 6-BURNER RANGES | $ | 1,500.00 |
| 58. DOUBLE BURNER STOCK POT COOKER | $ | 400.00 |
| 59. 2-DRAWER UNDERCOUNTER REFRIGERATOR | $ | 375.00 |
| 60. ATOSA 48" REFRIGERATED SANDWICH PREP TABLE | $ | 650.00 |
| 61. 3-WELL STEAM TABLE | $ | 500.00 |
| 62. ATOSA 96" STAINLESS STEEL REFRIGERATED PIZZA PREP TABLE | $ | 1,200.00 |
| 63. 24" STAINLESS STEEL WORK TABLE | $ | 50.00 |
| 64. GEMINI UNDERCOUNTER REFRIGERATOR | $ | 950.00 |
| 65. GEMINI COUNTER TOP CONDIMENT COOLER | $ | 325.00 |
| 66. PASTA COOKER | $ | 625.00 |
| **Total:** | **$** | **27,445.00** |

# APPRAISAL REPORT

**Prepared For:**

Sergio Montegrande
RE: District Bella Vita LLC dba Bella Vita
730 South Rampart Boulevard Suite 8
Las Vegas, Nevada 89145

**Prepared By:**

Daniel C. Watson
2531 Woodson Avenue
Henderson, Nevada. 89052

*Member: Certified Appraisers Guild of America*

# Table of Contents

Title Page ........................................................................................................... 1

Table of Contents................................................................................................ 2

Summary ............................................................................................................ 3

Condition of Appraisal ....................................................................................... 4

Certification of Report ....................................................................................... 4

Purpose of the Report ........................................................................................ 5

Method of Valuation.......................................................................................... 5

Definition of Value............................................................................................. 5

Basis of Appraisal .............................................................................................. 5

Description ......................................................................................................... 6

Factors Affecting Value ..................................................................................... 6

Appraiser Qualifications.................................................................................... 7

Attachment "A" ............................................................................................. 8-10

Billing Statement...............................................................................................11

Photographs.................................................................................................12-15

# Summary

On December 23, 2023 I personally inspected the personal property located at 2225 Village Walk Drive Suite 181 Henderson, Nevada 89052. This was done at the request of Sergio Montegrande.

# Value

### **Fair Market Value**

The fair market replacement value for the personal property is:

**$37,045.00**

This is not the appraisal report.  The appraisal report must be read in its entirety.

# Condition of Appraisal

The value stated in this report is based on the best judgment of the appraiser given the facts and conditions available at the date of the valuation.

The use of this report is limited to the purpose of determining the value of the personal property for bankruptcy liquidation purposes.  This report is to be used in its entirety only.

Any additional research or testimony required by the client or the court will be billed at the current rates.

Disclosure of the contents of this report is governed by the Standards and Practices of the Certified Appraisers Guild of America.

# Certification of Report

It should be noted that Daniel C. Watson is a disinterested party in this matter.  No prohibited fee was assessed for this report.

Daniel C. Watson has successfully completed the personal property appraiser certification program with the Certified Appraisers Guild of America and is a member in good standing.  This report was prepared in accordance with the Standards and Practices of the Certified Appraiser Guild of America, which has review authority of this report.

Daniel C. Watson has personally examined the subject property inventory list. The statements of fact contained in this report are true and correct to the best knowledge and belief of the appraiser.

Daniel C. Watson owned Las Vegas Auction, Inc. from 1974 to April 2008 and Nellis Auction from December 2010 to November 2012 and has varied experience as an auctioneer since 1975 and as an appraiser since 1976.  Mr. Watson currently is an independent auctioneer and appraiser.

Daniel C. Watson CAGA
Tax ID 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

*4*

# Purpose of the Report

The purpose of this report is to determine Fair Market Value for bankruptcy liquidation purposes.

# Method of Valuation

The method of valuation for this report is Fair Market Value based on comparable items sold at Nellis Auction and other local auction houses in the last two years, internet sales and the use of on line advertisement prices.

# Definition of Value

**Fair Market Value**
Under the United States Treasury regulation 1.170-1© Fair Market Value is defined as:

The price at which the property would change hands between a willing buyer and a willing seller, neither being under compulsion to buy or sell and both having reasonable knowledge of relevant facts.

# Basis of Appraisal

**Valuation Date**

The date of valuation for determining value is December 23, 2023.

**Limitations of Property**

There were no limitations on use or disposition of this property.

*5*

# Description

See attached list – Attachment "A"

# Factors Affecting Value

### Marketability

This merchandise is the type of items that would have a limited group of potential buyers.

### Condition

The general condition of this inventory is fair.

### Analysis

This merchandise is in fair condition and would sell to a limited group of potential bidders. This inventory shows signs of heavy use and is several years old. The following listed prices are based on comparison to similar items sold by Nellis Auction and other local auction houses within the last two years, on line advertisements, and also the use of price guides.

# Appraiser Qualifications

**Daniel C. Watson, CAGA**
**2531 Woodson Avenue**
**Henderson, Nevada 89052**

## Education

**U S of P A P Certification School**
Uniform Standards of Professional Appraisal Practices
December 2014

**Graduate Personal Property Appraiser School**
Personal property appraiser education program
December 2009

**Certified Appraisers Guild of America**
Personal property appraiser certification program
February 1994

**Authorized Nevada Motor Vehicle Dealer**
1995-2008

**Missouri Auction School**
Auctioneer
January 1978

**Northern Arizona University**
Flagstaff, Arizona
B. S. Biochemistry
May 1971

## Work Experience

**Auctioneer and Appraiser**

Forty-nine years as an Auctioneer selling a variety of furniture, antiques, jewelry, collectibles, art, restaurant equipment, medical equipment, tools, store inventories, firearms, electronics, boats, aircraft, vehicles and heavy equipment in the Las Vegas area. We sold U. S. Bankruptcy Liquidations, Clark County Public Administrator Estate and bank foreclosure auctions.

**Attachment "A"**

1. (16) BAR STOOLS .................................................................................................$640.00

2. (4) PATIO HEATERS .................................................................................................360.00

3. HISENSE 4-STATION POINT OF SALE SYSTEM ..................................................600.00

4. (2) 50" TVS ................................................................................................................200.00

5. (8) STAINLESS STEEL HAND WASH SINKS .......................................................440.00

6. KROWNE STAINLESS STEEL GLASS DUMP SINK ...........................................100.00

7. (2) STAINLESS STEEL ICE DUMP W/ SPEED RACK ........................................300.00

8. STAINLESS STEEL GLASS DRAIN STAND.........................................................100.00

9. STAINLESS GLASS STORAGE RACK ..................................................................125.00

10. 48" BEVERAGE AIR GLASS FRONT UNDERCOUNTER REFRIGERATOR ..............................750.00

11. WINE COOLER REFRIGERATOR .......................................................................135.00

12. 72" BEVERAGE AIR GLASS FRONT UNDERCOUNTER REFRIGERATOR ..............................825.00

13. ATOSA SINGLE DOOR UNDERCOUNTER REFRIGERATOR.................................400.00

14. (3) RUBBER FLOOR MATS.................................................................................. 90.00

15. (77) WOVEN VINYL DINING CHAIRS ...............................................................2,695.00

16. (27) 36"x36" DINING TABLES.............................................................................1,215.00

17. (11) 36"x24" DINING TABLES.............................................................................440.00

18. (51) WOOD DINING CHAIRS ..............................................................................1,785.00

19. (7) WOVEN VINYL BAR STOOLS .......................................................................280.00

20. STAINLESS STEEL DRY STORAGE CABINET W/ ICE DUMP SINK .......................275.00

21. ASSORTED DISHES...............................................................................................450.00

22. ASSORTED GLASSWARE ......................................................................................300.00

23. ASSORTED FLATWARE.........................................................................................150.00

24. (2) HIGHCHAIRS .................................................................................................. 40.00

25. ROLLING UTILITY CART W/ BUTCHER BLOCK TOP .............................................100.00

26. RECEPTION COUNTER.........................................................................................175.00

*8*

**Attachment "A" Continued**

27. CURIO DISPLAY CABINET.................................................................................175.00

28. (10) NSF WIRE RACKS ..................................................................................550.00

29. SMALL DESK ..................................................................................................10.00

30. PRINTER/FAX .................................................................................................25.00

31. BERKEL SLICER..............................................................................................550.00

32. 96" STAINLESS STEEL WORK TABLE ..........................................................175.00

33. STAINLESS STEEL 2-HOLE POT SINK ..........................................................350.00

34. ATOSA 48" REFRIGERATED SANDWICH PREP TABLE.................................800.00

35. ROLLING TRAY RACK .....................................................................................110.00

36. 72" BUTCHER BLOCK TOP WORK TABLE ....................................................275.00

37. HOBART MIXER ............................................................................................3,200.00

38. COMMERCIAL PASTA MAKER ........................................................................500.00

39. (10) STAINLESS STEEL WALL MOUNT SHELVES........................................350.00

40. (4) ROLLING FLOUR BINS ..............................................................................180.00

41. (130) STAINLESS STEEL INSERTS.................................................................520.00

42. UTILITY CART.................................................................................................45.00

43. ASSORTED POTS & PANS ...............................................................................475.00

44. STAINLESS STEEL 3-HOLE DISH SINK ........................................................425.00

45. 72" STAINLESS STEEL WORK TABLE ..........................................................150.00

46. HOSIZAKI ICE MACHINE ............................................................................1,000.00

47. STAINLESS STEEL ICE DUMP CABINET.......................................................175.00

48. WARING CTS CHAIN DRIVE TOASTER..........................................................375.00

49. COFFEE GRINDER...........................................................................................75.00

50. 24" STAINLESS STEEL WORK TABLE ..........................................................50.00

51. WALK-IN REFRIGERATOR / FREEZER .......................................................2,000.00

52. MARSAL DOUBLE PIZZA OVENS.................................................................3,000.00

**Attachment "A" Continued**

53. AMERICAN RANGE DEEP FRYER................................................................................400.00

54. AMERICAN RANGE 24" CHAR GRILL........................................................................350.00

55. AMERICAN RANGE 6-BURNER RANGE TOP ...........................................................450.00

56. FALCON REFRIGERATED EQUIPMENT STAND.....................................................1,200.00

57. (2) SOUTHBEND 6-BURNER RANGES .....................................................................1,500.00

58. DOUBLE BURNER STOCK POT COOKER .................................................................400.00

59. 2-DRAWER UNDERCOUNTER REFRIGERATOR.......................................................375.00

60. ATOSA 48" REFRIGERATED SANDWICH PREP TABLE...........................................650.00

61. 3-WELL STEAM TABLE ...............................................................................................500.00

62. ATOSA 96" STAINLESS STEEL REFRIGERATED PIZZA PREP TABLE..............................1,200.00

63. 24" STAINLESS STEEL WORK TABLE ........................................................................ 50.00

64. GEMINI UNDERCOUNTER REFRIGERATOR.............................................................950.00

65. GEMINI COUNTER TOP CONDIMENT COOLER.......................................................325.00

66. PASTA COOKER ...........................................................................................................625.00

**Total ...............................................................................................................$37,045.00**